EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2023 TSPR 21 |
| | 211 DPR ___ |
| Ramón Colón Olivo | |

Número del Caso: TS-9,069

Fecha: 28 de febrero de 2023

Abogado del peticionario:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

```
EN EL TRIBUNAL SUPREMO DE PUERTO RICO
```

| In re:                | |
|-----------------------|--------------------|
| Ramón Colón Olivo     | TS-9,069           |

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de febrero de 2023.

Evaluada la *Segunda Moción Solicitando Reinstalación* del 23 de febrero de 2023, se provee Ha Lugar. Se reinstala al Lcdo. Ramón Colón Olivo al ejercicio de la abogacía.

Se le apercibe al licenciado Colón Olivo que en el futuro deberá dar estricto cumplimiento al Canon 9 del Código de Ética Profesional, 4 LPRA Ap. IX. De lo contrario estará sujeto a sanciones mayores.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo